THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anterrance S. Neely, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2009-UP-555
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Anterrance
 Neely appeals the revocation of his probation, arguing the circuit court erred
 by revoking his probation rather than ordering out-patient drug treatment and
 continued community supervision.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., Huff, and Geathers, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.